# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**                                                **PLAINTIFF**

**V.**                          **4:08-CV-0702-BSM**

**ANDREW M. RIDER**                                                         **DEFENDANTS**

## ORDER

The government moves to dismiss the complaint filed against defendant Andrew M. Rider on August 7, 2008. It reports that the U.S. Department of Education has granted Rider a conditional discharge of the loan that was the subject of this suit. The government's motion is granted.

Accordingly, this case is dismissed without prejudice.

IT IS SO ORDERED this 4th day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE